UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-22215-Civ-Moore/Torres

TANEIKE Y. CAMPBELL,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Taneike Y. Campbell, notifies the Court that the parties have reached a settlement in full at mediation, held today, and are in the process of concluding the settlement and the parties will file a joint dismissal with prejudice within 10 days.

    Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-22215-Civ-Moore/Torres

TANEIKE Y. CAMPBELL,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS, LLC,

    Defendant.

_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 26, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                              s/Donald A. Yarbrough
                                                               Donald A. Yarbrough, Esq.

**SERVICE LIST**

Mr. David P. Hartnett, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF