UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-22215-Civ-Moore/Torres

TANEIKE Y. CAMPBELL,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS, LLC,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and having amicably resolved all matters in controversy between Plaintiff, TANEIKE Y. CAMPBELL, and Defendant, Leading Edge Recovery Solutions, LLC, the parties jointly stipulate to a Dismissal with Prejudice of this action of Plaintiff's individual claims, and without prejudice as to any putative claims, with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. As no class has been certified, no notice or court oversight is required pursuant to Rule 23(e).

| | |
|---|---|
| Donald A. Yarbrough, Esq. | David P. Hartnett, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Hinshaw & Culbertson, LLP |
| Fort Lauderdale, Florida 33339 | Suite 1600 |
| Telephone: 954-537-2000 | 9155 South Dadeland Boulevard |
| Facsimile: 954-566-2235 | Miami, FL 33156-2741 |
| | Telephone: 305-358-7747 |
| | Facsimile: 305-577-1063 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ David P. Hartnett |
| Donald A. Yarbrough, Esq. | David P. Hartnett, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-22215-Civ-Moore/Torres

TANEIKE Y. CAMPBELL,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS, LLC,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on January 30, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Donald A. Yarbrough
                                                  Donald A. Yarbrough, Esq.

**SERVICE LIST**

Mr. David P. Hartnett, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF